UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States Courts
Southern District of Texas
FILED
*August 19, 2025*
Nathan Ochsner, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | §  CRIMINAL NO. **L-25-CR-1295** |
| **IVAN VASQUEZ-VILLANUEVA** | § |
| | §  **MGM** |

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

### COUNT ONE

On or about **June 26, 2025,** in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**IVAN VASQUEZ-VILLANUEVA,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere and in the commission of any acts described in subsection (a) of Title 18 United States Code, Section 111, uses a deadly and dangerous weapon (including a weapon intended to cause death or danger but that fails to do so by reason of a defective component) and inflicts bodily injury with United States Homeland and Security Investigation Special Agent Cerkic while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1) and Title 18, United States Code, Section (b).

### COUNT TWO

On or about **June 26, 2025,** in the Southern District of Texas and within the jurisdiction of the Court, Defendant,

**IVAN VASQUEZ-VILLANUEVA,**

did knowingly forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Homeland and Security Investigation Special Agent Cerkic while said Agent was engaged in, and on account of the performance of the Agent's official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

*Tory R. Sailer*
Tory Sailer
Assistant United States Attorney

USA-74-24b
(Rev. 6-1-71)

## CRIMINAL DOCKET NO. L-25-CR-1295

LAREDO    DIVISION

FILE: 25-8712        MAG#: 25-mj-1269
INDICTMENT           Filed: August 19, 2025

Judge: **MGM**

ATTORNEYS:

UNITED STATES OF AMERICA

NICHOLAS J. GANJEI, USA

VS.    TORY SAILER, AUSA

IVAN VASQUEZ-VILLANUEVA

**CHARGE:**

Ct 1:   Assault on a Federal Officer by use of deadly or dangerous weapon [18 USC 111(a)(1)(b)]

Ct 2:   Assault on a Federal Officer [18 USC 111(a)(1)]

**TOTAL COUNTS: 2**

**PENALTY:**

Cts.1:  Not More than 20 Years and/or $250,000, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release

Cts.2:  Not More than 8 Years and/or $250,000, $100 Special Assessment, Not More Than a 3 Year Term of Supervised Release